# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. THOMPSON, | ) 1:06-cv-00652 AWI-TAG (HC) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND<br>) RECOMMENDATIONS (Doc. 7) |
| v. | ) ORDER DISMISSING PETITION FOR WRIT<br>) OF HABEAS CORPUS (Doc. 1) |
| STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 14, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because of Petitioner's failure to prosecute the case. (Doc. 7).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 14, 2008 (Doc. 7), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 6, 2008**             /s/ **Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE